AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| John Rogers<br>*Plaintiff*<br>v.<br>Huntington Ingalls Incorporated<br>*Defendant, Third-party plaintiff*<br>v.<br>Bayer Cropscience, Inc.<br>*Third-party defendant* | )<br>)<br>)<br>)  Civil Action No. 24-cv-1268   J(1)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Bayer Cropscience, Inc.
through its registered agent
Corporation Service Company
80 State Street
Albany, NY 12207

    A lawsuit has been filed against defendant   Huntington Ingalls Incorpor , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   John Rogers   .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Laura Gillen, Blue Williams, LLC
3421 North Causeway Blvd., Suite 900, Metairie, LA 70002

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phillip C. Hoffman, Phillip C. Hoffman, LLC, 643 Magazine Street, Suite 300A, New Orleans, LA 70130

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

                                                                                                    Carol L. Michel
                                                                                 *Name of clerk of court*

Date:   Jun 25 2024                                                            
                                                                                 *Deputy clerk's signature*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 24-cv-1268

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| John Rogers | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 24-cv-1268   J(1) |
| Huntington Ingalls Incorporated | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Anco Insulations, Inc. | ) | |
| *Third-party defendant* | ) | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Anco Insulations, Inc.
through its registered agent
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

    A lawsuit has been filed against defendant  Huntington Ingalls Incorpor , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  John Rogers  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Laura Gillen, Blue Williams, LLC
3421 North Causeway Blvd., Suite 900, Metairie, LA 70002

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phillip C. Hoffman, Phillip C. Hoffman, LLC, 643 Magazine Street, Suite 300A, New Orleans, LA 70130

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Carol L. Michel
*Name of clerk of court*

Date: Jun 25 2024

*Deputy clerk's signature*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 24-cv-1268

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| John Rogers <br> *Plaintiff* <br> v. <br> Huntington Ingalls Incorporated <br> *Defendant, Third-party plaintiff* <br> v. <br> Manville Personal Injury Settlement Trust <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 24-cv-1268   J(1) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   Manville Personal Injury Settlement Trust
through its registered agent
Claims Resolution Managment Corporation
1132 Main Street, Suite 4
Peekskill, NY 10566

    A lawsuit has been filed against defendant   Huntington Ingalls Incorpor , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   John Rogers                       .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Laura Gillen, Blue Williams, LLC
3421 North Causeway Blvd., Suite 900, Metairie, LA 70002

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phillip C. Hoffman, Phillip C. Hoffman, LLC, 643 Magazine Street, Suite 300A, New Orleans, LA 70130

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

                                                                                Carol L. Michel
                                                                        Name of clerk of court

Date:   Jun 25 2024
                                                                        Deputy clerk's signature

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 24-cv-1268

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                *Server's signature*

                              _____
                                *Printed name and title*

                              _____
                                *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| John Rogers </br> *Plaintiff* </br> v. </br> Huntington Ingalls Incorporated </br> *Defendant, Third-party plaintiff* </br> v. </br> Uniroyal Holding, Inc. </br> *Third-party defendant* | Civil Action No. 24-cv-1268  J(1) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Uniroyal Holding, Inc.
through its registered agent
70 Great Hill Rd.
Naugatuck, CT 06670

  A lawsuit has been filed against defendant  Huntington Ingalls Incorpor , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  John Rogers                 .

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Laura Gillen, Blue Williams, LLC
3421 North Causeway Blvd., Suite 900, Metairie, LA 70002

  It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phillip C. Hoffman, Phillip C. Hoffman, LLC, 643 Magazine Street, Suite 300A, New Orleans, LA 70130

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

  A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Carol L. Michel
Name of clerk of court

Date: __Jun 25 2024__

_____
Deputy clerk's signature

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 24-cv-1268

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: