## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN ROGERS** | \* | **CIVIL ACTION NO. 2:24-cv-1268** |
| *Plaintiff* | \* | |
| | \* | **SECTION: "J"(1)** |
| **VERSUS** | \* | |
| | \* | **JUDGE: CARL J. BARBIER** |
| | \* | |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | \* | **MAGISTRATE JUDGE:** |
| | \* | **JANIS VAN MEERVELD** |
| *Defendants* | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE DOW CHEMICAL COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Dow Chemical Company ("Dow"), through undersigned counsel, certifies that it is a Delaware corporation with its principal place of business in Michigan. Dow is a wholly-owned subsidiary of Dow Inc., a publicly-traded company. No publicly-held corporation owns 10% or more of Dow Inc.'s stock.

> Respectfully submitted,
> */s/ Erin C. Percy*
> Charles B. Wilmore (Bar #28812), T.A.
> (cbwilmore@liskow.com)
> Elizabeth S. Wheeler (Bar #21148)
> (ewheeler@liskow.com)
> Neil C. Abramson (Bar #21436)
> (ncabramson@liskow.com)
> Erin C. Percy (Bar #33627)
> (epercy@liskow.com)
> Alec N. Andrade (Bar #38659)
> (aandrade@liskow.com)
> Hailey A. Maldonado (Bar #40439)
> (hmaldonado@liskow.com)
> **LISKOW & LEWIS**
> 701 Poydras Street, Suite 5000
> New Orleans, Louisiana 70139-5099
> Telephone: (504) 581-7979
> Facsimile: (504) 556-4108
> ***Attorneys for The Dow Chemical Company***

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of July 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Erin C. Percy*